Before STATE INDUSTRIAL BOARD, Respondent. MARGARET G. WEIR, Claimant, Respondent, v. ELLIOTT-FISHER COMPANY and Another, Appellants.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. DELPHINE WILLS and Another, Claimants, Respondents, v. HAVENS PLUMBING COMPANY, Defendant, Impleaded with HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

GERTRUDE K. WALDRON, an Infant, by JOHN H. WALDRON, Her Guardian ad Litem, Respondent, v. JULIUS M. ZEISER, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. GIOVANNI ZIRPOLA, Claimant, Respondent, v. T. & E. CASSELMAN, INC., and Another, Appellants.— Motion granted. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

---

## FOURTH DEPARTMENT, NOVEMBER, 1923.

LYDIA M. PHILLIPS and Others, Respondents, v. THE VILLAGE OF LAKEWOOD and Others, Appellants.— Order reversed and judgment modified by reducing the amount of damages for injury to tree to $100; that item and the item of $19.20 for injury to lawn to be trebled, making the damages for these two items, as trebled, $357.60, and with the damages found for rental value of land taken, $25, total damages of $382.60, and the judgment as thus modified is affirmed, without costs of this appeal to either party. Findings of fact Nos. 28 and 84 disapproved and reversed as to amount of damages, and in lieu thereof said findings are modified by inserting the amount of damages allowed for all items of trespass, $382.60, that being the amount of such damages after the items for injury to tree and lawn have been trebled. All concur.

WILTON BLOCK, as Administrator, etc., of C. HENRY AMSDEN, Deceased, Appellant, v. CATHERINE M. AMSDEN, Respondent.— Order granting an additional allowance reversed. Judgment modified by deducting therefrom the amount of $750 awarded as an additional allowance of costs and as so modified the judgment is affirmed, with costs to respondent. All concur.

WILLIAM H. STOKES, Appellant, v. UNION RENTAL COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. All concur.

PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant, v. THE CITY OF OSWEGO and Others, Respondents. (Action No. 2.) — Judgment affirmed, with costs. Finding of fact contained in plaintiff's request No. 49 disapproved and reversed. All concur.

CHARLES CARROLL, Plaintiff, v. THE CITY OF OSWEGO and Others, Respondents. PEOPLES GAS AND ELECTRIC COMPANY OF OSWEGO, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.